**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. 8:23-cv-00543-DOC-KES                    Date:  March 31, 2023

Title: FRANKLIN LIBENSON V. FCA US, LLC ET AL.

PRESENT:

THE HONORABLE DAVID O. CARTER, JUDGE

| Karlen Dubon | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):   ORDER TO SHOW CAUSE**

Plaintiff originally filed this action in Orange County Superior Court, alleging violations of the Song-Beverly Consumer Warranty Act, Cal. Civ. Code 1790 *et seq*. On March 29, 2023, Defendant FCA US LLC removed this action on the basis of diversity jurisdiction pursuant to 28 U.S.C. § 1332. *See* Notice of Removal (Dkt. 1).

Defendant is **ORDERED TO SHOW CAUSE** why the amount in controversy exceeds $75,000 in this case. Defendant shall submit a brief of no more than 5 pages addressing the Court's jurisdictional concerns by 5 p.m. on April 4, 2023.

The Clerk shall serve this minute order on the parties.

MINUTES FORM 11                              Initials of Deputy Clerk: kdu

CIVIL-GEN