JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANKLIN LIBENSON,<br><br>    Plaintiff,<br><br>vs.<br><br>FCA US, LLC; and DOES 1 through 10, inclusive<br><br>    Defendants. | Case No.: 8:23-cv-00543-DOC-KES<br><br>District Judge: Hon. David O. Carter<br><br>**JUDGMENT** |

    Pursuant to Rule 68(a) of the Federal Rules of Civil Procedure, judgment is hereby entered under the terms of Defendant's Rule 68 Offer of Judgment to Plaintiff, which was timely accepted by Plaintiff and filed with this Court on April 3, 2023. (Dkt. 12). The full and complete terms of the accepted Rule 68(a) Offer (Dkt. 12) are hereby adopted as the full and complete Judgment of the Court.

    **JUDGMENT IS SO ENTERED.**

Date:   April 4, 2023

                                                               Hon. David O. Carter
                                                               District Court Judge