UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANKLIN LIBENSON,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>FCA US, LLC; and DOES 1 through 10, inclusive<br><br>　　　　　Defendants. | Case No.: 8:23-cv-00543-DOC-KES<br><br>Judge: Hon. David O. Carter<br><br>**ORDER [16]** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

　　　Plaintiff FRANKLIN LIBENSON ("Plaintiff") and Defendant FCA US, LLC have agreed FCA will pay $18,000.00 to resolve Plaintiff's attorneys' fees, costs, and expenses. Upon satisfaction of payment, Plaintiff will dismiss this case with prejudice against all parties.

　　　Accordingly, the Court enters an Order awarding Plaintiff $18,000.00 for reasonably incurred Attorney's Fees, Costs, and Expenses and retains jurisdiction for 60 days pending funding is satisfied as outlined in the Parties' Joint Stipulation.

　　　**IT IS SO ORDERED.**

Date: 　April 21, 2023　

　　　　　　　　　　　　　　　　　　　　_David O. Carter_
　　　　　　　　　　　　　　　　　　　　Hon. David O. Carter
　　　　　　　　　　　　　　　　　　　　District Court Judge

1

ORDER